IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER WRIGHT,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **3:26-CV-744** |
| | : | **(JUDGE MARIANI)** |
| **LEONARD LOMBARDO, ETHAN POWELL, CHAD CALLAHAN, and MICHAEL SAMILO** | : | |
| | : | |
| **Defendants.** | : | |

**ORDER**

**AND NOW, THIS** 8th **DAY OF OCTOBER 2026,** upon consideration Defendants' partial motion to dismiss (Doc. 7), and for the reasons set forth in the accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT:** Defendants' partial motion to dismiss (Doc. 7) is **DENIED**.

Robert D. Mariani
United States District Judge